MARC V. KALAGIAN
ATTORNEY AT LAW:  149034
ROHLFING & KALAGIAN, LLP
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
TELE: 562/437-7006
FAX:  562/432-2935

Attorneys for Plaintiff CLAUDE C. BARTON, III

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDE C. BARTON, III,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: CV 09-6114 PLA<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

Based upon the parties' Stipulation for Dismissal with Prejudice, and for cause shown, IT IS ORDERED that the above captioned matter be dismissed with prejudice.

Dated: March 26, 2010    _____
                         Paul L. Abrams
                         UNITED STATES MAGISTRATE JUDGE

-1-